# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | TEXAS |

United States District Court
Southern District of Texas
FILED

SEP 22 2017

Clerk of Court

UNITED STATES OF AMERICA
V.

Francisco Javier ESCOTO-Garcia, YOB: 1984

**CRIMINAL COMPLAINT**

Case Number: M-17-1686-M

I, Mario E. Canales, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 21, 2017 in Starr County, in the Southern District of Texas the defendant(s) did,

Conspire, Posses with the intent to distribute, and attempted to import a controlled substance, 15 concealed packages containing approximately 5.60 kilograms of crystal methamphetamine, a Schedule II Controlled Substance, and 11.96 kilograms of cocaine, a Schedule II controlled substance,

in violation of Title 21 United States Code, Section(s) 841, 952.

I further state that I am a(n) HSI-Task Force Officer (Official Title) and that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

Signature of Complainant

Mario E. Canales, HSI-TFO
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 22, 2017            at    McAllen, Texas
Date                                City and State

U.S. Magistrate Judge, Dorina Ramos
Name and Title of Judicial Officer

Signature of Judicial Officer

Attachment "A"

Before the United States Magistrate Judge, Southern District of Texas, I, Mario E. Canales, Task Force Officer of the United States Immigration and Customs Enforcement, Homeland Security Investigations, being duly sworn, depose and say the following:

On September 21, 2017, Homeland Security Investigations (HSI) Falcon Dam, Special Agents (SAs) arrested Francisco Javier ESCOTO-Garcia after attempting to smuggle 10 packages containing a total of 11.96 kg cocaine and 5 packages containing a total 5.60 kg methamphetamine into the U.S. through the Roma, Texas Port of Entry (POE), after making a negative declaration of any narcotics, currency in excess of USD $10,000, or weapons to a Customs and Border Protection (CBP), Office of Field Operations (OFO) Officer.

On September 21, 2017, HSI TFO Mario E. Canales received information from a Roma, Texas CBP POE Officer that ESCOTO-Garcia attempted to enter the United States traveling in a Brown Ford Windstar. ESCOTO-Garcia was detained after CBP Officers discovered packages within natural voids of the vehicle doors. Fifteen (15) packages containing a white powdery substance were found in the voids of the driver and passenger front doors.

When HSI TFO Canales arrived at the Roma POE, the Primary Inspection Lane CBP Officer stated the following to him:

- ESCOTO-Garcia made a negative declaration for controlled substances, currency in the excess of USD $10,000, firearms, and weapons.

- ESCOTO-Garcia stated that he was coming from his residence in Miguel Aleman, Tamaulipas, Mexico on his way to a parent teacher conference in Roma, Texas.

The CBP Officer stated he randomly selected the vehicle for secondary inspection. CBP Officers also conducted a non –intrusive inspection of the Ford Windstar

utilizing the CBP x-ray system. Operators soon discovered anomalies within the vehicle front and passenger doors of the vehicle. Further inspection of the door panels revealed packages. Fifteen (15) bricks wrapped with black tape were removed from the voids of the doors. Each brick contained a white powdery substance that later tested positive for cocaine and methamphetamine.

HSI-TFO Mario Canales read ESCOTO-GARCIA his Miranda rights in the Spanish language in the presence of HSI-TFO Javier Salinas, HSI TFO Luis Ozuna. ESCOTO-Garia stated he understood his rights and initialed the "notice of rights" form. ESCOTO-Garcia refused to answer any questions without a lawyer present.

HSI-TFO Mario Canales contacted the Assistant United States Attorney's (AUSA) Office in McAllen, Texas and presented the facts of the case to AUSA T. Trevino. The case was accepted for federal prosecution on ESCOTO-Garcia and is being charged with 21 USC 841, Possession with Intent to Distribute, and 21 USC 952, Importation of a controlled substance.